**Order filed July 29, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00034-CV
_____

**HELEN MAYFIELD, Appellant**

**V.**

**THE EAGLE NEWSPAPER, HOLLY HUFFMAN, MATTHEW WATKINS
& JOHN P. BARNWELL, CEO OF THE EVENING POST PUBLISHING
CO., JOINTLY AND SEVERALLY, Appellees**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-26254**

---

## ORDER

Appellant was determined to be indigent and entitled to proceed without the advance payment of costs. On January 19, 2012, the official court reporter, Cynthia Berry, notified this court that no record was taken in this case. The clerk's record was filed July 30, 2013. Appellant filed her brief on December 27, 2013. Attached to her brief is a copy of a reporter's record from a motion hearing held on February

6, 2012. The court requires the original record to be made part of the record in this appeal.

We order **Cynthia Berry**, the official court reporter, to file the reporter's record from the hearing held February 6, 2012, in this appeal **within 20 days** of the date of this order.


PER CURIAM